### THORP v. PHILBIN.

(*Common Pleas of New York City and County, General Term.* May 17, 1888.)

*R. D. Harris*, for appellant. *Morrison & Kennedy*, for respondent.

Judgment affirmed, with costs.

---

### TOOSEY v. TOOSEY.

(*Common Pleas of New York City and County, General Term.* May 18, 1888.)

*M. B. Field*, for appellant.

PER CURIAM. We think that the question presented on this appeal was correctly decided by the court below. The order appealed from is affirmed, upon the opinion of the special term.

---

### WALLACE et al. v. COE et al.

(*Supreme Court, General Term, First Department.* May 18, 1888.)

Motion for resettlement denied, with $10 costs.

---

### BABCOCK v. ARKENBERGH.

(*Supreme Court, General Term, First Department.* May 18, 1888.)

*R. F. Little*, for plaintiff. *H. C. Adams*, for defendant.

Motion denied.

---

### CASSERLY v. WITHERBEE.

(*Supreme Court, General Term, First Department.* May 18, 1888.)

Motion denied.

---

### TOOLE v. TOOLE.

(*Supreme Court, General Term, First Department.* May 18, 1888.)

*B. Loewy*, for appellant. *L. Johnston*, for respondent.

Referee's report confirmed, and order appealed from affirmed. Order made directing purchaser to complete, without costs of appeal.

---

### YENNE v. FOLSOM.

(*Common Pleas of New York City and County, General Term.* May 18, 1888.)

*George H. Foster*, for appellant. *E. Arnstein*, for respondent.

PER CURIAM. We are of the opinion that the jury has erred in its judgment in deciding the amount of damages to be awarded to the plaintiff. The damages are clearly excessive. We have therefore concluded to make a conditional order reversing the judgment, and granting a new trial, unless the plaintiff will consent to reduce the damages to the sum of $750, and affirming it for that amount if the plaintiff shall consent to such reduction.

---

### PEOPLE v. HEMLOCK.

(*Common Pleas of New York City and County, General Term.* May 19, 1888.)

*J. H. McCarty*, for appellant. *John R. Fellows*, for the People.

Application granted.